■ GRADEN REPPERT, Respondent, v TERRY TOWNER, Appellant, et al., Defendant. [823 NYS2d 731]—Appeal from an order of the Supreme Court, Steuben County (Marianne Furfure, A.J.), entered February 7, 2006 in a personal injury action. The order, among other things, denied the motion of defendant Terry Towner to dismiss the complaint against him.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Kehoe, J.P., Martoche, Centra, Green and Pine, JJ.